IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>FORFEITURES ARISING FROM<br>CRIMINAL NO. 94-014 (HL)<br><br>—————————————————<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>APARTMENT 301 LOCATED AT<br>CAPARRA CLASSIC,<br><br>Defendant, | MASTER FILE NO. 94-1098 (JAF)<br><br>This document relates to<br>94-1107 (JAF)<br><br><br><br><br>CIVIL NO. 94-1107 |

STIPULATION FOR COMPROMISE SETTLEMENT AND DISMISSAL

TO THE HONORABLE COURT:

COMES NOW, plaintiff United States of America, and claimant Lourdes Colon represented by their respective undersigned attorneys and very respectfully state and pray as follows:

1. That the parties do hereby agree to settle and compromise the above-entitled action with regard to the captioned property Apartment 301 located at Caparra Classic Condominium upon the terms indicated below.

2. That Lourdes Colon is the owner of the captioned defendant property having purchased it from registered owner Eduardo Gonzalez Camp and his wife Vivian Zabala. That there are no other claimants or owners to this property with the exception of lienholders.

3. That Lourdes Colon has made an offer to the United States to compromise this case in the amount of $122,500.00 which offer has been accepted by the United States.

GOVERNMENT EXHIBIT 1

Civil No. 94-1107                    -2-

4. That this stipulation for compromise settlement shall not be construed as an admission of liability or fault on the part of the claimant Lourdes Colon and is a compromise of disputed claims.

5. In exchange for the dismissal of the above captioned action against the defendant property, claimant Lourdes Colon agrees to pay the United States of America the amount of $122,500.00. That at the moment of signing of this stipulation claimant through his attorney has tendered to the United States a check payable to the United States Department of Justice for $122,500.00 in satisfaction of this Stipulation, such monies to be disposed according to law.



6. That in light of the above, the United States agrees to move for the dismissal with prejudice of this action against the defendant property.

7. That the claimant Lourdes Colon hereby releases and forever discharges the United States, its officers, agents, and employees, from any and all actions, causes of action, suits, proceedings, damages, claims, and/or demands whatsoever in law or equity which claimant, his/her heirs, successors, or assigns ever had, now have, or may have in the future in connection with the nucleous of operative facts giving rise to the seizure, and forfeiture of the defendant located at Apartment 301, Caparra Classic Condominium, with all appurtenances and improvements thereon.

8. That the claimant Lourdes Colon, further agrees to hold and save the United States, its officers, agents and employees,

Civil No. 94-1107                -3-

harmless from any claims by any others, including costs and expenses for or on account of any and all lawsuits or claims of any character whatsoever, in connection with the nucleous of operative facts giving rise to the seizure, detention and forfeiture of the defendant property located at Apartment 301, Caparra Classic Condominium, with all appurtenances and improvements thereon.

9. That the parties shall each bear their own costs, expenses and attorneys fees.

WHEREFORE, the above appearing parties respectfully request this Honorable Court to approve this Stipulation for Compromise Settlement and in its consequence to issue Judgment dismissing with prejudice this case.

Dated: May 22/95

United States Attorney

Jose Vazquez
Assistant United States Attorney
Attorney for the Plaintiff
United States of America
Phone 766-5656

Dated: May 22/95

José A. Pagan, Esq.
Attorney for Claimant
Lourdes Colon
Phone 722-6828

Certified to be a true copy
of the original
FRANCES RIOS DE MORAN, CLERK
U.S. District Court for the
District of Puerto Rico
By: _____ Deputy Clerk
Date: 11-21-02